Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CASA CAMACHO, INC., et al.,<br><br>　　　　Defendants. | No. 1:11-cv-01084-LJO-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　　WHEREAS, no counterclaim has been filed in this action;

　　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: August 30, 2011                     MOORE LAW FIRM, P.C.


                                          /s/Tanya E. Moore
                                          Tanya E. Moore
                                          Attorneys for Plaintiff Natividad Gutierrez

///

*Gutierrez v. Casa Camacho, Inc., et al.*
Request for Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **August 30, 2011**            **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE